# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RUTH ANDREWS,<br><br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-CV-03128-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment is DENIED and Plaintiff's Motion for Summary Judgment is GRANTED, in part, and the matter is REMANDED to the Commissioner for additional proceedings consistent with this Court's Order. File Closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   John T. Rodgers   on motions for summary judgment.

Date:  July 11, 2016                    *CLERK OF COURT*

                                        SEAN F. McAVOY

                                        s/ Pam Howard
                                        *(By) Deputy Clerk*
                                        Pam Howard